4/16/2010 5:54 PM  FROM: Fax Kobre _Kim LLP  TO: +1 (212) 668-9246  PAGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                           )
                                           )
                                           )
U.S. COMMODITY FUTURES TRADING             )
COMMISSION                                 )
                                           )       Case No. 10 Civ. 2931
                    Plaintiff,             )
                                           )       Judge Buchwald
                                           )
v.                                         )
                                           )
KUEN CHEOL SONG                            )
                                           )
                    Defendant.             )
                                           )
                                           )
```

┌─────────────────────────────┐
│ USDC SDN                     │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #:                       │
│ DATE FILED: 4/19/10          │
└─────────────────────────────┘

## [~~PROPOSED~~] REVISED SCHEDULING ORDER

On April 6, 2010, the Court entered an Order requiring the Defendant to appear before this Court on the 19th day of April, 2010, at 5p.m., before the Honorable Naomi Reice Buchwald, at the United States Courthouse, Room 21 A, of the Southern District of New York at 500 Pearl St., New York, New York, for a hearing to show cause why a preliminary injunction should not be entered. Defendant now seeks to adjourn the hearing date until April 30, 2010, and the CFTC does not oppose Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that the date of the hearing to show cause why a preliminary injunction should not be entered, set in the Court's April 6 Order, shall be adjourned until April 2̶8̶ ~~30~~, 2010, to be held at __10 A.M.__, before the Honorable Naomi Reice Buchwald, at the United States Courthouse, Room 21 A, of the Southern District of New York at 500 Pearl St., New York, New York.

**IT IS FURTHER ORDERED** that should any defendant ~~party~~ wish to file a memorandum of law or other papers concerning the issuance of a preliminary injunction against Defendant, such

materials shall be filed, served and received by ~~all parties at least two (2) days before the hearing~~

*noon on April 26, 2010 and That any*

*reply papers shall be fixed, served and received by April 27, 2010 at 4:00 pm.*

~~date ordered above, i.e., by April 28, 2010.~~ *with two copies all papers delivered to chambers by hand by The deadlines set.*

**IT IS FURTHER ORDERED** that the Court's April 6 Order shall remain in full force

and effect until further order of this Court, and that this Court retains jurisdiction of this matter

for all purposes.

**SO ORDERED** at New York, New York on this ___*19th*___ day of ___*April*___, 2010.

UNITED STATES DISTRICT JUDGE